# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Seyi T. Odueso**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:20-cv-00478-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Roy Cooper, et al**,** | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 10, 2021 Order.

February 10, 2021

Frank G. Johns, Clerk
United States District Court